IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WANDA LOVE, et al.,
    Plaintiffs,

v.                                                  CASE NO.: 3:08cv92/MCR/MD

PHILLIPS OIL, INC., et al.,
    Defendants.

## O R D E R

This cause is before the court upon the defendants' Phillips Oil, Inc., Debora Phillips and Ryan E. Phillips' motion to compel plaintiff Kristen Robinson's answers to first interrogatories and responses to first request for production of documents (doc. 116). Before the court rules on this matter, the parties will make a meaningful attempt to resolve their differences.

Accordingly, it is ORDERED:

The parties shall proceed on this motion in the same manner as ordered by the court on June 18, 2008 (doc. 64).

DONE AND ORDERED this 27th day of October, 2008.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**