IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WANDA LOVE,
    Plaintiff,

v.                                        Case No. 3:08cv92/MCR/MD

PHILLIPS OIL, INC., et. al.,
    Defendants
_____

**ORDER CANCELLING HEARING, GRANTING MOTION TO COMPEL, and IMPOSING SANCTIONS**

On October 24, 2008 defendants filed a motion to compel, stating that plaintiff Kristin Robinson had totally failed to respond to discovery, and that discovery provided by plaintiff, Wanda Love, was incomplete (doc. 116). The court ordered the parties to attempt to resolve the matter, directing them to proceed in the same manner as they had been ordered to do concerning an earlier motion (docs. 121, 64). The parties met as ordered, and defendants reported on the results of the meeting. Plaintiffs did not report. Because the matter had not been resolved, the court scheduled a hearing to determine where the matter stood.

Now plaintiff has moved for continuance of the hearing, asserting (1) plaintiff's counsel has a conflict with a previously scheduled deposition, and (2) plaintiff Kristin Robinson has been voluntarily dismissed as a party (docs. 140, 141).[1] Since plaintiff Robinson's failure to respond to discovery was the driving issue behind the

---

[1] Ms. Robinson's future status is uncertain. A motion to certify the class is pending, and Ms. Robinson's voluntary dismissal was filed "without prejudice" but reserving the right to have her as an OPT-IN party to the action. Whether Robinson will be allowed to appear in this case in the future in any capacity need not be addressed at this time, but her refusal to participate in discovery may ultimately be weighed as a factor.

motion to compel, and since plaintiffs' counsel has avoided the need for a hearing by abruptly dismissing the party against whom the motion was filed, it appears that a hearing is unnecessary. Because the court is unclear on the status of discovery concerning plaintiff Love, defendants will be invited to inform the court.

Accordingly, it is ORDERED as follows:

1. Defendants' motion to compel (doc. 116) is GRANTED to the extent this order is entered.

2. Plaintiff's motion to continue (doc. 140) is GRANTED. The hearing is CANCELLED.

3. Defendants' counsel shall, within ten (10) days, report on whether there remains any issue concerning discovery from plaintiff Love, and brief any issue remaining. If any issue remains, plaintiff Love shall respond within five (5) days.

4. Plaintiff's counsel shall, within ten (10) days, pay to defendants' counsel the sum of Five Hundred dollars ($500.00) as reasonable fees for preparing and filing the motion to compel and for follow-up matters.

5. Plaintiffs' counsel shall, within ten (10) days, pay the sum of Five Hundred dollars ($500.00) to the Clerk of this Court as a sanction for failing to report as the court ordered.

6. Either party can be heard, either as to the award of fees and the imposition of the sanction, or as to the amount of either, by filing a request for a hearing, with appropriate documentation, within ten (10) days.

Done and ordered the 24th day of November, 2008.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE