IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WANDA LOVE and KRISTEN ROBINSON,
individually, and on behalf of other
similarly situated employees,
    Plaintiffs,

vs.         CASE NO.: 3:08cv92/MCR/MD

PHILLIPS OIL, INC.,
d/b/a FILLUPS FOOD STORES, et al.,
    Defendants.
_____/

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on September 10, 2009, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The defendants' motion to dismiss (doc. 269) is DENIED.

DONE AND ORDERED this 13th day of October, 2009.

            *s/ M. Casey Rodgers*
            M. CASEY RODGERS
            UNITED STATES DISTRICT JUDGE