**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

WANDA LOVE and KRISTEN ROBINSON,
individually, and on behalf of other
similarly situated employees,

    Plaintiffs,

v.                                  CASE NO.: 3:08cv92/MCR/MD

PHILLIPS OIL, INC., et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

The court has been informed that the parties have reached a settlement of this matter. (*See* doc. 367). Therefore, the above-entitled action is **DISMISSED** from the active docket of the Court. Pursuant to the Fair Labor Standards Act (FLSA), 29 U.S.C. § 216(b), and case law interpreting the Act, such as *Brooklyn Savings Bank v. O'Neil*, 324 U.S. 697 (1945); *D.A. Schulte, Inc. v. Gangi*, 328 U.S. 108 (1946); and *Lynn's Food Stores, Inc. v. U.S.*, 679 F.2d 1350, 1353 (11th Cir. 1982), a settlement of a FLSA claim involving litigation must be approved by the court in order to be legally binding. Accordingly, the court reserves jurisdiction for a period of sixty (60) days of the date of this order to consider and approve the parties proposed settlement agreement or, upon motion filed by any party, to vacate this Order of Dismissal and reinstate the case. At this time, the Clerk is directed to close the file in this case for administrative purposes, and upon the expiration of sixty (60) days without activity, the Clerk is directed to close the case in its entirety for all purposes.

    **ORDERED** on this 22nd day of September, 2010.

                                                    *s/ M. Casey Rodgers*
                                                 **M. CASEY RODGERS
                                                 UNITED STATES DISTRICT JUDGE**